# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| In Re: | Chapter 13 |
|---|---|
| Troy Saunby, | Case No. 16-49781 |
| Debtor. | Honorable Maria L. Oxholm |

**ORDER GRANTING DEBTOR TROY SAUNBY AND
POLYONE CORPORATION'S
JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT**

This matter having come before the Court on *Debtor Troy Saunby and PolyOne Corporation's Joint Motion to Approve Settlement Agreement* (the "Motion")[1] upon proper notice, there being no objections, the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**THE COURT ORDERS THAT:**

A. The Motion is granted.

B. The Agreement is approved in its entirety.

C. The Court will enter the Consent Judgment in adversary proceeding 17-04019.

D. Within five days following entry of this Order, Saunby will file the stipulation for dismissal of his bankruptcy case, in the form attached as Exhibit 6-1 to the Motion, which stipulation the Court intends to grant.

---

[1] Capitalized terms used but not defined here have the meanings given to them in the Motion.

1

28241581.1\153830-00002

17-04019-mlo    Doc 10    Filed 02/03/17    Entered 02/03/17 14:55:32    Page 1 of 2
16-49781-mlo    Doc 70    Filed 02/03/17    Entered 02/03/17 14:32:32    Page 1 of 2

    E.    The Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

.

**Signed on February 03, 2017**

                                                                 **_/s/ Maria L. Oxholm**
                                                                  **Maria L. Oxholm**
                                                                  **United States Bankruptcy Judge**