UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| In Re:<br>Troy Saunby,<br>Debtor. | Chapter 13<br>Case No. 16-49781<br>Honorable Maria L. Oxholm |
|---|---|
| PolyOne Corporation,<br>Plaintiff,<br>vs.<br>Troy Saunby,<br>Defendant. | Adversary Proceeding No. 17-04019 |

**CONSENT JUDGMENT AND ORDER DETERMINING**
**DEBT TO BE NON-DISCHARGEABLE**

This matter having come before the Court pursuant to the Complaint filed by PolyOne Corporation ("PolyOne"), and Debtor Troy Saunby ("Saunby") and PolyOne having stipulated to entry of this final judgment by this Court, the Court having reviewed the stipulation and being otherwise fully advised in the premises;

NOW THEREFORE IT IS ADJUDGED that

A. Judgment is entered in favor of PolyOne in the amount of $194,058.17 (the "Claim").

B. The Court holds that $150,000 PolyOne's Claim is nondischargeable under 11 U.S.C. § 523(a)(2).

C. The Court takes notice Saunby and PolyOne are parties to a settlement agreement (the "Agreement"), attached as Exhibit 6-1 to *Debtor Troy Saunby and*

28241581.1\153830-00002

*PolyOne Corporation's Motion to Approve Settlement Agreement*, filed at docket number 68 in the above-captioned chapter 13 bankruptcy case (the "Bankruptcy Case"), and approved by order of this Court entered at docket number 72 in the Bankruptcy Case.

D. This Judgment will be satisfied if Saunby fully complies with the terms of the Agreement.

E. If there are three or more uncured Payment Defaults or one or more uncured Insolvency Defaults (as those terms are defined in paragraph 4 of the Agreement), such that Saunby is in material breach of the Agreement (as defined in paragraph 6 of the Agreement), and if PolyOne serves Saunby with notice that he is in material breach of the Agreement, then

1. Saunby will have 14 days from the date he is served with notice that he is in material breach of the Agreement to file with this Court and serve upon PolyOne a motion seeking a hearing to determine whether or not he is in material breach of the Agreement.

2. Until and unless Saunby obtains an order from this Court (1) determining that he is not in material breach of the Agreement or (2) staying PolyOne from collecting its Claim, PolyOne may take any and all actions allowed by law to collect its Claim, including, without limitation, any and all rights, claims and remedies available to it as a judgment creditor with respect to this Judgment.

3. PolyOne's Claim will accrue interest at 5% compounded annually from the date Saunby is served with notice of that he is in material breach of the Agreement unless this Court enters an order determining that Saunby is not in material breach of this Agreement.

F. The Court retains jurisdiction to hear and determine disputes under the Agreement.

G. Notwithstanding the provisions of Federal Rule of Bankruptcy Procedure 7062, this judgment is immediately enforceable.

.

**Signed on February 06, 2017**

**__ _/s/ Maria L. Oxholm _ __**
**Maria L. Oxholm**
**United States Bankruptcy Judge**

H.